In the Matter of the Estate of CARL F. BERTANZEL, Deceased. CARL F. BERTANZEL, JR., and HARRY W. MOORE, as Executors, etc., of CARL F. BERTANZEL, Deceased, Appellants; FLORENCE E. BERTANZEL and WILLIAM H. DALY, Special Guardian for JOHN H. BERTANZEL, an Infant, etc., Respondents. (Appeal No. 1.) — Order vacating in part a notice of examination of Florence E. Bertanzel and limiting the examination to certain items contained in the order affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.